IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARVIN JONES, )
 )
    Plaintiff, ) Civil Action No. 16-1494
 ) Judge Mark R. Hornak
    v. ) Chief Magistrate Judge Maureen P. Kelly
 )
BRIAN THOMPSON, ANDREA SHIOCK, )
C/O ANDREWS, SGT. BUTLER, LT. )
CYPHERT, PA HORNMAN, and DORINA )
VARNER, )
 )
    Defendants. )

## **ORDER OF COURT**

AND NOW, this 17th day of November, 2016, after Plaintiff submitted a complaint in the above-captioned matter, and after the Deficiency Order was returned to the Court, and after a Report and Recommendation was filed by Chief United States Magistrate Judge Maureen P. Kelly giving the parties until November 10, 2016 to file written objections thereto, and no Objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that the above-captioned matter is DISMISSED for failure to prosecute. The Clerk of Court shall mark this CASE CLOSED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as

provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

By the Court:

_____
United States District Judge

cc: Honorable Maureen P. Kelly
Chief United States Magistrate Judge

All Counsel of Record Via CM-ECF